| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Majzoub, Mona K. | 2. Court or Organization<br><br>MI; Eastern District | 3. Date of Report<br><br>05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge; full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>231 W. Lafayette Blvd, Rm 704<br>Detroit, MI 48226 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Line 1 - Trust #1 (Brokerage 1) - Postions listed in Part VII, starting on Line 2 |
| 2. | Trustee | Line 180 - Trust #6 - Checking (PNC Bank) - No reportable assets - See Part VIII |
| 3. | Trustee | Line 181 - Trust #3 - Checking (PNC Bank) - No reportable assets - See Part VIII |
| 4. | Trustee | Line 237 - Trust #2 (Brokerage 1) - Positions listed in Part VII starting on line 236 |
| 5. | Trustee | Line 310- Trust #1-2 (Fidelity) - No reportable assets - See Part VIII |
| 6. | Trustee | Line 311 - Trust #3 (Brokerage 1) - Positions listed in Part VII starting on line 310 |
| 7. | Trustee | Line 320 - Trust #6-1 - Checking (PNC Bank) |
| 8. | Trustee | Line 322 - Trust #3 - Checking #2 (Bank) |
| 9. | Trustee | Line 323 - Trust #2 (Fidelity) |
| 10. | | |
| 11. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Kitch, Drutchas - Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (Brokerage 1) (H) | | | | | | | | | |
| 2. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | K | T | Buy | 02/01/18 | K | | |
| 3. -Global X Funds Global X MLP ETF (MLPA) | A | Int./Div. | | | Buy | 02/01/18 | K | | |
| 4. -Global X Funds Global X MLP ETF (MLPA) | | | | | Sold | 12/28/18 | K | | |
| 5. -Global X Fds MLP & Energy Infrastructure ETF (MLPX) | A | Int./Div. | K | T | Buy | 12/28/18 | K | | |
| 6. -IShares Select Dividend ETF (DVY) | B | Int./Div. | K | T | | | | | |
| 7. -IShares Russell Mid-Cap Value ETF (IWS) | A | Int./Div. | K | T | | | | | |
| 8. -IShares Russell Midcap Growth ETF (IWP) | A | Int./Div. | K | T | | | | | |
| 9. -IShares Tr EAFE Grwth ETF (EFG) | A | Int./Div. | K | T | | | | | |
| 10. -IShares Tr Core MSCI Total (IXUS) | C | Int./Div. | M | T | | | | | |
| 11. -Spdr Ser Tr S&P Biotech ETF (XBI) | A | Int./Div. | K | T | | | | | |
| 12. -Spdr S&P Midcap 400 Trust Series N ETF (MDY) | A | Int./Div. | L | T | | | | | |
| 13. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) | A | Int./Div. | J | T | | | | | |
| 14. -Select Sector Spdr Tr Energy (XLE) | A | Int./Div. | J | T | | | | | |
| 15. -Sector Spdr Tr Shs Ben Int Utilities (XLU) | A | Int./Div. | K | T | | | | | |
| 16. -Vanguard FTSE Developed Markets ETF (VEA) | A | Int./Div. | K | T | | | | | |
| 17. -Vanguard World Fds Vanguard Information Tech ETF (VGT) (fka in VIII) | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) | A | Int./Div. | K | T | | | | | |
| 19. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2018 HY (BSJI) (fka in VIII) | A | Int./Div. | | | Sold | 12/28/18 | L | A | |
| 20. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) (fka in VIII) | C | Int./Div. | L | T | Buy (add'l) | 06/07/18 | J | | |
| 21. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) (fka in VIII) | C | Int./Div. | L | T | Buy (add'l) | 06/07/18 | J | | |
| 22. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) (fka in VIII) | C | Int./Div. | L | T | Buy (add'l) | 06/07/18 | J | | |
| 23. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) (fka in VIII) | C | Int./Div. | L | T | | | | | |
| 24. -IShares Tr JP Mor Em Mk ETF (EMB) | C | Int./Div. | L | T | Buy (add'l) | 06/07/18 | J | | |
| 25. -IShares Ibonds Sep 2019 Term Muni Bond ETF (IBMH) | A | Int./Div. | N | T | Buy (add'l) | 06/07/18 | K | | |
| 26. -IShares Ibonds Sep 2019 Term Muni Bond ETF (IBMH) | | | | | Buy (add'l) | 08/20/18 | K | | |
| 27. -IShares Ibonds Sep 2020 Term Muni Bond ETF (IBMI) | A | Int./Div. | N | T | Buy (add'l) | 06/07/18 | K | | |
| 28. -IShares Ibonds Sep 2020 Term Muni Bond ETF (IBMI) | | | | | Buy (add'l) | 08/20/18 | K | | |
| 29. -IShares Tr Ibonds Dec 2023 (IBML) | B | Int./Div. | N | T | Buy | 09/21/18 | N | | |
| 30. -IShares Ibonds Dec 2022 Term Muni Bond ETF (IBMK) | A | Int./Div. | N | T | Buy (add'l) | 08/20/18 | K | | |
| 31. -IShares Ibonds Dec 2021 Term Muni Bond ETF (IBMJ) | A | Int./Div. | N | T | Buy (add'l) | 06/07/18 | K | | |
| 32. -IShares Ibonds Dec 2021 Term Muni Bond ETF (IBMJ) | | | | | Buy (add'l) | 08/20/18 | K | | |
| 33. -IShares Tr Ibonds Sep18 ETF (fka in VIII) | A | Int./Div. | | | Buy (add'l) | 08/20/18 | K | | |
| 34. -IShares Tr Ibonds Sep18 ETF (fka in VIII) | | | | | Sold | 09/10/18 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Real Estate ETF (VNQ) (fka in VIII) | B | Int./Div. | K | T | | | | | |
| 36. -AT&T Inc (T) | B | Int./Div. | J | T | | | | | |
| 37. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |
| 38. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | | | | | |
| 39. -Alibaba Group Hldg Ltd Sponsored ADS (BABA) | A | Int./Div. | K | T | Buy | 02/01/18 | K | | |
| 40. -Amazon.com Inc (AMZN) | A | Int./Div. | K | T | Buy | 02/01/18 | K | | |
| 41. -Apple Inc (AAPL) | A | Int./Div. | L | T | | | | | |
| 42. -Blackrock Inc (BLK) | A | Int./Div. | K | T | | | | | |
| 43. -Comerica Inc (CMA) | A | Int./Div. | K | T | | | | | |
| 44. -Costco Wholesale Corp (COST) | A | Int./Div. | K | T | | | | | |
| 45. -Dover Corp (DOV) | A | Int./Div. | K | T | Buy (add'l) | 05/24/18 | J | | |
| 46. -Apergy Corp Com Exec on Mult Exchg | | | | | Spinoff (from line 45) | 05/09/18 | J | | |
| 47. -Apergy Corp Com Exec on Mult Exchg | | | | | Sold | 05/24/18 | J | C | |
| 48. -Exxon Mobil Corp (XOM) | A | Int./Div. | | | Sold | 02/01/18 | K | D | |
| 49. -General Electric Company (GE) | A | Int./Div. | | | Sold | 02/01/18 | J | | |
| 50. -Genuine Parts Co (GPC) | A | Int./Div. | | | Sold | 02/01/18 | K | D | |
| 51. -Honeywell International Inc (HON) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. –Garrett Motion Inc Com | | | | | Spinoff (from line 51) | 10/01/18 | J | | |
| 53. –Garrett Motion Inc Com | | | | | Sold | 10/10/18 | J | A | |
| 54. –Resideo Technologies Inc Com | | | | | Spinoff (from line 51) | 10/29/18 | J | | |
| 55. –Resideo Rechnologies Inc Com | | | | | Sold (part) | 10/31/18 | J | A | |
| 56. –Resideo Rechnologies Inc Com | | | | | Sold | 11/19/18 | J | A | |
| 57. –Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 58. –JPMorgan Chase & Co (JPM) | A | Int./Div. | K | T | | | | | |
| 59. –Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 60. –Microsoft Corp (MSFT) | A | Int./Div. | L | T | | | | | |
| 61. –Nextera Energy Inc (NEE) | A | Int./Div. | K | T | | | | | |
| 62. –Norfolk Southern Corp (NSC) | A | Int./Div. | K | T | | | | | |
| 63. –Pepsico Incorporated (PEP) | A | Int./Div. | K | T | | | | | |
| 64. –Proctor & Gamble Co (PG) | A | Int./Div. | K | T | | | | | |
| 65. –Qualcomm Inc (QCOM) | A | Int./Div. | K | T | | | | | |
| 66. –Royal Dutch Shell PLC ADR B (RDSB) | B | Int./Div. | K | T | | | | | |
| 67. –Smith A O Corp (AOS) | A | Int./Div. | K | T | | | | | |
| 68. –Stryker Corp (SYK) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Sysco Corporation (SYY) | A | Int./Div. | K | T | | | | | |
| 70. -US Bancorp New (USB) | A | Int./Div. | K | T | | | | | |
| 71. -Verizon Communications Com (VZ) | A | Int./Div. | K | T | | | | | |
| 72. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | | | | | |
| 73. IRA #1 (Brokerage 1) (H) | | | | | | | | | |
| 74. -Fidelity MSCI Energy Index ETF (FENY) | A | Int./Div. | J | T | | | | | |
| 75. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | J | T | | | | | |
| 76. -Global X Funds Global X MLP ETF (MLPA) | A | Int./Div. | | | Sold | 12/28/18 | J | | |
| 77. -Global X Fds MLP & Energy Infrastructure ETF (MLPX) | A | Int./Div. | J | T | Buy | 12/28/18 | J | | |
| 78. -IShares Core S&P Total US Stock Market ETF (ITOT) | A | Int./Div. | K | T | | | | | |
| 79. -IShares Core S&P 500 ETF (IVV) | B | Int./Div. | L | T | | | | | |
| 80. -IShares Core S&P Midcap ETF (IJH) | B | Int./Div. | L | T | | | | | |
| 81. -IShares Tr Core MSCI Total (IXUS) | C | Int./Div. | M | T | | | | | |
| 82. -Spdr Ser Tr S&P Regl Bkg ETF (KRE) | A | Int./Div. | J | T | | | | | |
| 83. -Spdr Ser Tr S&P Biotech ETF (XBI) | A | Int./Div. | K | T | | | | | |
| 84. -Vanguard World Fds Vanguard Information Tech ETF (VGT) (fka in VIII) | A | Int./Div. | K | T | | | | | |
| 85. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2018 HY (BSJI) (fka in VIII) | A | Int./Div. | | | Sold | 12/28/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) (fka in VIII) | A | Int./Div. | K | T | | | | | |
| 87. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) (fka in VIII) | B | Int./Div. | K | T | Buy (add'l) | 05/24/18 | J | | |
| 88. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) (fka in VIII) | A | Int./Div. | K | T | | | | | |
| 89. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) (fka in VIII) | B | Int./Div. | K | T | | | | | |
| 90. -IShares Tr JP Mor Em Mk ETF (EMB) | B | Int./Div. | K | T | | | | | |
| 91. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | | | | | Sold | 12/20/18 | L | A | |
| 92. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | B | Int./Div. | L | T | | | | | |
| 93. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | B | Int./Div. | L | T | | | | | |
| 94. -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | C | Int./Div. | L | T | | | | | |
| 95. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | B | Int./Div. | L | T | | | | | |
| 96. -Select Sector Spdr Tr Rl Est Sel Sec (XLRE) | A | Int./Div. | K | T | | | | | |
| 97. -AT&T Inc (T) | A | Int./Div. | J | T | Buy (add'l) | 05/24/18 | J | | |
| 98. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |
| 99. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | | | | | |
| 100. -Alibaba Group Hldg Ltd Sponsored ADS (BABA) | A | Int./Div. | J | T | | | | | |
| 101. -Amazon.com Inc (AMZN) | A | Int./Div. | K | T | | | | | |
| 102. -Apple Inc (AAPL) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Blackrock Inc (BLK) | A | Int./Div. | K | T | | | | | |
| 104. -Dover Corp (DOV) | A | Int./Div. | J | T | Buy (add'l) | 05/24/18 | J | | |
| 105. -Apergy Corp Com | | | | | Spinoff (from line 104) | 05/09/18 | J | | |
| 106. -Apergy Corp Com | | | | | Sold | 05/24/18 | J | B | |
| 107. -Honeywell International Inc (HON) | A | Int./Div. | J | T | | | | | |
| 108. -Garrett Motion Inc Com | | | | | Spinoff (from line 107) | 10/01/18 | J | | |
| 109. -Garrett Motion Inc Com | | | | | Sold (part) | 10/03/18 | J | A | |
| 110. -Garrett Motion Inc Com | | | | | Sold | 10/10/18 | J | A | |
| 111. -Resideo Technologies Inc Com | | | | | Spinoff (from line 107) | 10/29/18 | J | | |
| 112. -Resideo Technologies Inc Com | | | | | Sold (part) | 10/31/18 | J | A | |
| 113. -Resideo Technologies Inc Com | | | | | Sold | 11/19/18 | J | A | |
| 114. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 115. -JPMorgan Chase & Co | A | Int./Div. | J | T | | | | | |
| 116. -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 117. -Microsoft Corp (MSFT) | A | Int./Div. | K | T | | | | | |
| 118. -Nextera Energy Inc (NEE) | A | Int./Div. | K | T | Buy (add'l) | 05/24/18 | J | | |
| 119. -Proctor & Gamble Co (PG) | A | Int./Div. | K | T | Buy (add'l) | 05/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Royal Dutch Shell PLC ADR B (RDSB) | B | Int./Div. | K | T | | | | | |
| 121. -Smith A O Corp (AOS) | A | Int./Div. | J | T | | | | | |
| 122. -Stryker Corp (SYK) | A | Int./Div. | J | T | | | | | |
| 123. -US Bancorp New (USB) | A | Int./Div. | J | T | | | | | |
| 124. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | Buy (add'l) | 05/24/18 | J | | |
| 125. Retirement Savings Plan #2(H) | | | | | | | | | |
| 126. -Dodge & Cox Balanced | A | Int./Div. | O | T | | | | | |
| 127. -Fid Freedom Income K (fka Fid Freedom K Income) | A | Int./Div. | M | T | | | | | |
| 128. American Funds 529 Plan One (H) | | | | | | | | | |
| 129. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 130. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 131. -American Balanced Fund-529A | A | Dividend | J | T | | | | | |
| 132. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 133. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 134. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 135. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 136. -EuroPacific Growth Fund-529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Income Fund of America-529A | A | Dividend | J | T | | | | | |
| 138. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 139. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 140. American Funds 529 Plan Two (H) | | | | | | | | | |
| 141. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 142. -AMCAP Fund-529A | A | Dividend | K | T | | | | | |
| 143. -American Balanced Fund-529A | A | Dividend | K | T | | | | | |
| 144. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 145. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 146. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 147. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 148. -EuroPacific Growth Fund-529A | A | Dividend | K | T | | | | | |
| 149. -Income Fund of America-529A | A | Dividend | K | T | | | | | |
| 150. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 151. -SMALLCAP World Fund-529A | A | Dividend | K | T | | | | | |
| 152. American Funds 529 Plan Three (H) | | | | | | | | | |
| 153. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 155. -American Balanced Fund-529A | A | Dividend | K | T | Distributed (part) | 02/22/18 | J | | |
| 156. -American Balanced Fund-529A | | | | | Distributed (part) | 06/13/18 | J | | |
| 157. -American Balanced Fund-529A | | | | | Distributed (part) | 08/16/18 | J | | |
| 158. -American Balanced Fund-529A | | | | | Distributed (part) | 12/11/18 | J | | |
| 159. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 160. -American Mutual Fund-529A | A | Dividend | K | T | Distributed (part) | 01/16/18 | J | | |
| 161. -American Mutual Fund-529A | | | | | Distributed (part) | 07/03/18 | J | | |
| 162. -Bond Fund of America-529A | A | Dividend | K | T | Distributed (part) | 01/16/18 | J | | |
| 163. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 164. -Global Balanced Fund-529A | A | Dividend | K | T | | | | | |
| 165. -Income Fund of America-529A | A | Dividend | K | T | | | | | |
| 166. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 167. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 168. American Funds 529 Plan Four (H) | | | | | | | | | |
| 169. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 170. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -American Balanced Fund-529A | A | Dividend | K | T | | | | | |
| 172. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 173. -American Mutual Fund-529A | A | Dividend | J | T | | | | | |
| 174. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 175. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 176. -EuroPacific Growth Fund-529A | A | Dividend | J | T | | | | | |
| 177. -Income Fund of America-529A | A | Dividend | J | T | | | | | |
| 178. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 179. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 180. Trust #6 - Checking (PNC Bank) (H) | A | Int./Div. | J | T | | | | | |
| 181. Trust #3 - Checking (PNC Bank) (H) | A | Int./Div. | J | T | | | | | |
| 182. Checking (Bank of America) (H) | A | Int./Div. | K | T | | | | | |
| 183. IRA #2 (Brokerage 1) (H) | | | | | | | | | |
| 184. -Fidelity MSCI Energy Index ETF (FENY) | A | Int./Div. | J | T | | | | | |
| 185. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | J | T | | | | | |
| 186. -Global X Funds Global X MLP ETF (MLPA) | A | Int./Div. | | | Sold | 12/28/18 | J | | |
| 187. -Global X Fds MLP & Energy Infrastructure ETF (MLPX) | A | Int./Div. | J | T | Buy | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -IShares Core S&P Total US Stock Market ETF (ITOT) | A | Int./Div. | K | T | | | | | |
| 189. -IShares Core S&P 500 ETF (IVV) | B | Int./Div. | L | T | Sold (part) | 11/07/18 | J | A | |
| 190. -IShares Core S&P Midcap ETF (IJH) | A | Int./Div. | L | T | | | | | |
| 191. -IShares Tr Core MSCI Total (IXUS) | C | Int./Div. | M | T | | | | | |
| 192. -Spdr Ser Tr S&P Regl Bkg ETF (KRE) | A | Int./Div. | J | T | | | | | |
| 193. -Spdr Ser Tr S&P Biotech ETF (XBI) | A | Int./Div. | J | T | | | | | |
| 194. -Vanguard World Fds Vanguard Information Tech ETF (VGT) (fka in VIII) | A | Int./Div. | J | T | | | | | |
| 195. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2018 HY (BSJI) (fka in VIII) | B | Int./Div. | | | Sold | 12/28/18 | L | A | |
| 196. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) (fka in VIII) | B | Int./Div. | L | T | | | | | |
| 197. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) (fka in VIII) | B | Int./Div. | L | T | Buy (add'l) | 05/24/18 | J | | |
| 198. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) (fka in VIII) | B | Int./Div. | K | T | | | | | |
| 199. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) (fka in VIII) | B | Int./Div. | K | T | | | | | |
| 200. -IShares Tr JP Mor Em Mk ETF (EMB) | C | Int./Div. | L | T | | | | | |
| 201. -IShares Tr Ibonds Dec18 ETF (fka in VIII) | A | Int./Div. | | | Sold (part) | 11/07/18 | J | | |
| 202. -IShares Tr Ibonds Dec18 ETF (fka in VIII) | | | | | Sold | 12/20/18 | M | A | |
| 203. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | C | Int./Div. | M | T | Buy (add'l) | 05/24/18 | J | | |
| 204. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | | | | | Sold (part) | 11/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | C | Int./Div. | M | T | Sold (part) | 11/07/18 | J | | |
| 206.  -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | C | Int./Div. | M | T | Sold (part) | 11/07/18 | J | | |
| 207.  -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | C | Int./Div. | M | T | Sold (part) | 11/07/18 | J | | |
| 208.  -Select Sector Spdr Tr Rl Est Sel Sec (XLRE) | A | Int./Div. | J | T | | | | | |
| 209.  -AT&T Inc (T) | A | Int./Div. | J | T | | | | | |
| 210.  -Abbott Laboratories (ABT) | A | Int./Div. | J | T | Sold (part) | 11/07/18 | J | C | |
| 211.  -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | | | | | |
| 212.  -Alibaba Group Hldg Ltd Sponsored ADS (BABA) | A | Int./Div. | J | T | | | | | |
| 213.  -Amazon.com Inc (AMZN) | A | Int./Div. | J | T | Sold (part) | 11/07/18 | J | B | |
| 214.  -Apple Inc (AAPL) | A | Int./Div. | J | T | Sold (part) | 11/07/18 | J | C | |
| 215.  -Blackrock Inc (BLK) | A | Int./Div. | J | T | | | | | |
| 216.  -Dover Corp (DOV) | A | Int./Div. | J | T | Buy (add'l) | 05/24/18 | J | | |
| 217.  -Apergy Corp Com | | | | | Spinoff (from line 216) | 05/09/18 | J | | |
| 218.  -Apergy Corp Com | | | | | Sold (part) | 05/14/18 | J | A | |
| 219.  -Apergy Corp Com | | | | | Sold | 05/24/18 | J | B | |
| 220.  -Honeywell International Inc (HON) | A | Int./Div. | J | T | | | | | |
| 221.  -Garrett Motion Inc Com | | | | | Spinoff (from line 220) | 10/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Garrett Motion Inc Com | | | | | Sold | 10/10/18 | J | A | |
| 223. -Resideo Technologies Inc Com | | | | | Spinoff (from line 220) | 10/29/18 | J | | |
| 224. -Resideo Technologies Inc Com | | | | | Sold (part) | 10/31/18 | J | A | |
| 225. -Resideo Technologies Inc Com | | | | | Sold | 11/07/18 | J | A | |
| 226. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 227. -JPMorgan Chase & Co (JPM) | A | Int./Div. | J | T | | | | | |
| 228. -Johnson & Johnson (JNJ) | A | Int./Div. | J | T | | | | | |
| 229. -Microsoft Corp (MSFT) | A | Int./Div. | J | T | Sold (part) | 11/07/18 | J | D | |
| 230. -Nextera Energy Inc (NEE) | A | Int./Div. | J | T | | | | | |
| 231. -Proctor & Gamble Co (PG) | A | Int./Div. | K | T | Buy (add'l) | 05/24/18 | J | | |
| 232. -Royal Dutch Shell PLC ADR B (RDSB) | A | Int./Div. | J | T | | | | | |
| 233. -Smith A O Corp (AOS) | A | Int./Div. | J | T | | | | | |
| 234. -Stryker Corp (SYK) | A | Int./Div. | J | T | | | | | |
| 235. -US Bancorp New (USB) | A | Int./Div. | J | T | | | | | |
| 236. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | J | T | Buy (add'l) | 05/24/18 | J | | |
| 237. Trust #2 (Brokerage 1) (H) | | | | | | | | | |
| 238. -Fidelity MSCI Energy Index ETF (FENY) | A | Int./Div. | K | T | Buy | 04/06/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | K | T | Buy | 02/01/18 | K | | |
| 240. -Global X Funds Global X MLP ETF | A | Int./Div. | | | Buy | 02/01/18 | K | | |
| 241. -Global X Funds Global X MLP ETF | | | | | Buy (add'l) | 04/06/18 | J | | |
| 242. -Global X Funds Global X MLP ETF | | | | | Sold | 12/28/18 | K | | |
| 243. -Global X Fds MLP & Energy Infrastructure ETF (MLPX) | A | Int./Div. | K | T | Buy | 12/28/18 | K | | |
| 244. -IShares Select Dividend ETF (DVY) | B | Int./Div. | K | T | | | | | |
| 245. -IShares Russell Mid-Cap Value ETF (IWS) | A | Int./Div. | K | T | | | | | |
| 246. -IShares Russell Midcap Growth ETF (IWP) | A | Int./Div. | K | T | | | | | |
| 247. -IShares Core S&P Mid-Cap ETF (IJH) | A | Int./Div. | J | T | | | | | |
| 248. -IShares Tr EAFE Grwth ETF (EFG) | A | Int./Div. | K | T | | | | | |
| 249. -IShares Tr Core MSCI Total (IXUS) | C | Int./Div. | L | T | | | | | |
| 250. -Spdr Ser Tr S&P Biotech ETF (XBI) | A | Int./Div. | K | T | | | | | |
| 251. -Spdr S&P Midcap 400 Trust Series N ETF (MDY) | A | Int./Div. | L | T | | | | | |
| 252. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) | A | Int./Div. | J | T | | | | | |
| 253. -Select Sector Spdr Tr Energy (XLE) | A | Int./Div. | | | Sold | 04/06/18 | J | | |
| 254. -Sector Spdr Tr Shs Ben Int Utilities (XLU) | A | Int./Div. | K | T | | | | | |
| 255. -Vanguard FTSE Developed Markets ETF (VEA) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Vanguard World Fds Vanguard Information Tech ETF (VGT) (fka in VIII) | A | Int./Div. | K | T | | | | | |
| 257. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) | A | Int./Div. | K | T | | | | | |
| 258. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2018 HY (BSJI) (fka in VIII) | A | Int./Div. | | | Sold | 12/28/18 | L | A | |
| 259. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) (fka in VIII) | B | Int./Div. | L | T | | | | | |
| 260. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) (fka in VIII) | C | Int./Div. | L | T | | | | | |
| 261. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) (fka in VIII) | B | Int./Div. | L | T | | | | | |
| 262. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) (fka in VIII) | C | Int./Div. | L | T | | | | | |
| 263. -IShares Tr JP Mor Em Mk ETF (EMB) | C | Int./Div. | L | T | Buy (add'l) | 04/06/18 | J | | |
| 264. -IShares Ibonds Sep 2019 Term Muni Bond ETF (IBMH) | A | Int./Div. | N | T | Buy (add'l) | 04/06/18 | K | | |
| 265. -IShares Tr Ibonds SEP 18 ETF (IBMG) (fka in VIII) | | | | | Sold | 09/10/18 | M | | |
| 266. -IShares Ibonds Sep 2020 Term Muni bond ETF (IBMI) | A | Int./Div. | N | T | Buy (add'l) | 04/06/18 | K | | |
| 267. -IShares Tr Ibonds Dec 2023 (IBML) | A | Int./Div. | M | T | Buy | 09/21/18 | M | | |
| 268. -IShares Ibonds Dec 2022 Term Muni Bond ETF (IBMK) | A | Int./Div. | M | T | | | | | |
| 269. -IShares Ibonds Dec 2021 Term Muni Bond ETF (IBMJ) | A | Int./Div. | N | T | Buy (add'l) | 04/06/18 | K | | |
| 270. -Vanguard Real Estate ETF (VNQ) (fka in VIII) | A | Int./Div. | K | T | | | | | |
| 271. -AT&T Inc (T) | A | Int./Div. | J | T | | | | | |
| 272. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | | | | | |
| 274. -Alibaba Group Hldg LTD Sponsored ADS (BABA) | A | Int./Div. | K | T | Buy | 02/01/18 | K | | |
| 275. -Alibaba Group Hldg LTD Sponsored ADS (BABA) | | | | | Buy (add'l) | 04/06/18 | J | | |
| 276. -Amazon.Com Inc (AMZN) | A | Int./Div. | K | T | Buy | 02/01/18 | K | | |
| 277. -Apple Inc (AAPL) | A | Int./Div. | K | T | | | | | |
| 278. -Blackrock Inc (BLK) | A | Int./Div. | K | T | | | | | |
| 279. -Comerica Inc (CMA) | A | Int./Div. | K | T | | | | | |
| 280. -Costco Wholesale Corp (COST) | A | Int./Div. | K | T | | | | | |
| 281. -Dover Corp (DOV) | A | Int./Div. | K | T | Buy (add'l) | 05/24/18 | J | | |
| 282. -Apergy Corp Com | | | | | Spinoff (from line 281) | 05/09/18 | J | | |
| 283. -Apergy Corp Com | | | | | Sold (part) | 05/14/18 | J | A | |
| 284. -Apergy Corp Com | | | | | Sold | 05/24/18 | J | B | |
| 285. -Exxon Mobil Corp (XOM) | | | | | Sold | 02/01/18 | K | | |
| 286. -General Electric Company (GE) | | | | | Sold | 02/01/18 | J | | |
| 287. -Genuine Parts Co (GPC) | | | | | Sold | 02/01/18 | K | C | |
| 288. -Honeywell International Inc (HON) | A | Int./Div. | K | T | | | | | |
| 289. -Garrett Motion Inc Com | | | | | Spinoff (from line 288) | 10/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Garrett Motion Inc Com | | | | | Sold (part) | 10/03/18 | J | A | |
| 291. -Garrett Motion Inc Com | | | | | Sold | 10/10/18 | J | A | |
| 292. -Resideo Technologies Inc Com | | | | | Spinoff (from line 288) | 10/29/18 | J | | |
| 293. -Resideo Technologies Inc Com | | | | | Sold | 11/19/18 | J | A | |
| 294. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 295. -JPMorgan Chase & Co (JPM) | A | Int./Div. | K | T | | | | | |
| 296. -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 297. -Microsoft Corp (MSFT) | A | Int./Div. | K | T | | | | | |
| 298. -Nextera Energy Inc (NEE) | A | Int./Div. | K | T | | | | | |
| 299. -Norfolk Southern Corp (NSC) | A | Int./Div. | K | T | | | | | |
| 300. -Pepsico Incorporated (PEP) | A | Int./Div. | K | T | | | | | |
| 301. -Procter & Gamble Co (PG) | A | Int./Div. | K | T | | | | | |
| 302. -Qualcomm Inc (QCOM) | A | Int./Div. | K | T | | | | | |
| 303. -Royal Dutch Shell PLC ADR B (RDSB) | B | Int./Div. | K | T | | | | | |
| 304. -Smith A O Corp (AOS) | A | Int./Div. | K | T | | | | | |
| 305. -Stryker Corp (SYK) | A | Int./Div. | K | T | | | | | |
| 306. -Sysco Corporation (SYY) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -US Bancorp New (USB) | A | Int./Div. | K | T | | | | | |
| 308. -Verizon Communications Com (VZ) | A | Int./Div. | K | T | | | | | |
| 309. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | | | | | |
| 310. Trust #1-2 (Fidelity) (H) | C | Interest | M | T | | | | | |
| 311. Trust #3 (Brokerage 1) (H) | | | | | | | | | |
| 312. -Claymore ETF Trust Guggenheim Bltshrs 2022 High Yld Cp Bd (BSJM) | A | Int./Div. | | | Sold | 01/03/18 | J | | |
| 313. -Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL) | A | Int./Div. | | | Sold | 01/03/18 | J | A | |
| 314. -Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJK) | A | Int./Div. | | | Sold | 01/03/18 | J | A | |
| 315. -Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJJ) | A | Int./Div. | | | Sold | 01/03/18 | J | A | |
| 316. -IShares IBonds Dec 2018 Term Corporate ETF (IBDH) | A | Int./Div. | | | Sold | 01/03/18 | K | | |
| 317. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | A | Int./Div. | | | Sold | 01/03/18 | K | | |
| 318. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | A | Int./Div. | | | Sold | 01/03/18 | K | | |
| 319. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | A | Int./Div. | | | Sold | 01/03/18 | K | A | |
| 320. Trust #6-1 - Checking (PNC Bank) (H) | A | Interest | N | T | | | | | |
| 321. Checking (Chase) (X) | A | Interest | K | T | | | | | |
| 322. Trust #3 - Checking #2 (PNC Bank) (X) | A | Interest | M | T | | | | | |
| 323. Trust #2 (Fidelity) (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII:
Line 180 - Trust #6 - Checking (PNC Bank) - All cash.
Line 181 - Trust #3 - Checking (PNC Bank) - All cash.
Line 182 - Checking (Bank of America) - All cash.
Line 308 - Trust #1-2 - (Fidelity) - All cash.
Line 318 - Trust #6-1 - Checking (PNC Bank) - All cash.
Line 319 - Checking (Chase) - All cash.
Line 320 - Trust #3 - Checking #2 (PNC Bank) - All cash.
Line 321 - Trust #2 (Fidelity) - All cash.

Also in Part VII:
Several assets changed names and often both names would not fit in column A. For consistency, we have put all of the "fka" names here. "fka" is short for "formerly known as". The current names are listed in Column A followed by directions to go here (in parentheses) and the original names from the 2017 report are listed below:

Line 17 - fka Vanguard Sector Index Fds Vanguard Information Technology Vipers (VGT)
Line 19 - fka Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Co Bd (BSJI) - Merged with Powershares Exchange Traded Bultshs 18 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2018 (BSJI) HY on 06/04/18.
Line 20 - fka Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJJ) - Merged with Powershares Exchange Traded Bultshs 19 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) on 06/04/18.
Line 21 - fka Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Co Bd (BSJK) - Merged with Powershares Exchange Traded Bultshs 20 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) on 06/04/18.
Line 22 - fka Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 21 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) on 06/04/18.
Line 23 - fka Claymore ETF Tr Guggenheim Bltshrs 2022 High Yd Cp Bd (BSJM) - Merged with Powershares Exchange Traded Bultshs 22 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) on 06/04/18.
Lines 33 and 34 - fka IShares Ibonds 2018 Term Muni Bond ETF (IBMG)
Line 35 - fka Vanguard Index Fds Vanguard REIT ETF (VNQ)
Line 84 - fka Vanguard Sector Index Fds Vanguard Information Technology Vipers (VGT)
Line 85 - fka Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 18 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2018 (BSJI) HY on 06/04/18.
Line 86 - fka Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 19 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 (BSJJ) HY on 06/04/18.
Line 87 - fka Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 20 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 (BSJK) HY on 06/04/18.
Line 88 - fka Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 21 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 (BSJL) HY on 06/04/18.
Line 89 - fka Claymore ETF Tr Guggenheim Bltshrs 2022 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 22 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 (BSJM) HY on 06/04/18.
Line 194 - fka Vanguard Sector Index Fds Vanguard Information Technology Vipers (VGT)
Line 195 - fka Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 18 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2018 (BSJI) HY on 06/04/18.
Line 196 - fka Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 19 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 (BSJJ) HY on 06/04/18.
Line 197 - fka Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 20 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 (BSJK) HY on 06/04/18.
Line 198 - fka Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 21 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 (BSJL) HY on 06/04/18.
Line 199 - fka Claymore ETF Tr Guggenheim Bltshrs 2022 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 22 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 (BSJM) HY on 06/04/18.
Line 200 and 201 - fka IShares Ibonds Dec 2018 Term Corporate ETF (IBDH) - Merged with Ishares Tr Ibonds Dec18 ETF on 12/20/18 and changed name then. Line 200 (partial Sell) was under the original name and Line 201 (Sold) was under the current name.
Line 256 - fka Vanguard Sector Index Fds Vanguard Information Technology Vipers (VGT)
Line 258 - fka Claymore ETF Tr Guggenheim Bltshrs 2018 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 18 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2018 (BSJI) HY on 06/04/18.
Line 259 - fka Claymore ETF Tr Guggenheim Bltshrs 2019 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 19 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 (BSJJ) HY on 06/04/18.
Line 260 - fka Claymore ETF Tr Guggenheim Bltshrs 2020 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 20 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 (BSJK) HY on 06/04/18.
Line 261 - fka Claymore ETF Tr Guggenheim Bltshrs 2021 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 21 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 (BSJL) HY on 06/04/18.
Line 262 - fka Claymore ETF Tr Guggenheim Bltshrs 2022 High Yd Cp Bd (BSJL) - Merged with Powershares Exchange Traded Bultshs 22 on 04/09/18 and changed name to Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 (BSJM) HY on 06/04/18.
Line 265 - fka IShares Ibonds 2018 Term Muni Bond ETF (IBMG)
Line 270 - fka Vanguard Index Fds Vanguard REIT ETF (VNQ)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mona K. Majzoub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544